# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1673
_____

ROBERT DEAN,

> Appellant,

v.

U.S. BANK NATIONAL
ASSOCIATION, not in its
individual capacity but solely as
Trustee for the RMTP Trust,
Series 2019-C,

> Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

June 6, 2024

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and NORDBY, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————

Michael Alex Wasylik of Ricardo & Wasylik, P.A., Dade City, for Appellant.

Adam A. Diaz of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for Appellee.